# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

THEODORE SCOTT STEVENS　　　　v.　　iPic GOLD CLASS ENTERTAINMENT LLC

THE HONORABLE JOHN W. SEDWICK　　　　2:13-cv-01928-JWS

PROCEEDINGS: **ORDER FROM CHAMBERS**　　　　March 11, 2014

    At docket 27, the parties have filed a stipulation for dismissal with prejudice, each party to bear its own attorneys' fees and costs, which has been signed by counsel for all parties. Such a stipulation is effective without an order from the court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court will please close this file.

_____